■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALLAN COULTER, Appellant.— Order, entered on April 21, 1960, denying defendant's application for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ In the Matter of the Arbitration between A. J. PASCH, as Chairman of the East Coast Colombia Conference, Respondent, and CHEMOLEUM CORPORATION, Appellant.— Order, entered on October 31, 1960, insofar as it directs petitioner-respondent and respondent-appellant to proceed to arbitration in accordance with the terms of the contract between them dated September 18, 1952, and as denies respondent-appellant's motion for additional time to file a memorandum in opposition to the motion to compel arbitration, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [26 Misc 2d 918.]

■ In the Matter of the Arbitration between A. J. PASCH, as Chairman of the East Coast Colombia Conference, Respondent, and AXON CHEMICAL AND FERTILIZER CORPORATION, Appellant.— Order, entered on October 31, 1960, insofar as it directs petitioner-respondent and respondent-appellant to proceed to arbitration in accordance with the terms of the contract between them dated August 13, 1958, and as denies respondent-appellant's motion for additional time to file a memorandum in opposition to the motion to compel arbitration, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ. [26 Misc 2d 918.]

■ In the Matter of the Arbitration between A. J. PASCH, as Chairman of the East Coast Colombia Conference, Respondent, and CHEMOLEUM CORPORATION, Appellant. In the Matter of the Arbitration between A. J. PASCH, as Chairman of ·the East Coast Colombia Conference, Respondent, and AXON CHEMICAL AND FERTILIZER CORPORATION, Appellant.— Order, entered on November 22, 1960, granting respondents-appellants' motion for reargument, and, upon reargument, adhering to the court's original determination, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Rabin, Valente, Stevens and Eager, JJ.